junequindoind

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America



**FILED**
DISTRICT COURT OF GUAM

AUG 0 8 2007

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00073 |
| Plaintiff, | **INDICTMENT** |
| vs. | **DRUG USER IN POSSESSION OF FIREARMS** |
| JUNE GONZAL QUINDO, JR., | [18 U.S.C. §§ 922(g)(3); 924(a)(2) & 2] (Count I) |
| Defendant. | **RECEIPT OF FIREARM WITH OBLITERATED SERIAL NUMBER** [18 U.S.C. §§ 922(k) & 924(a)(1)(B)] (Count II) |

THE GRAND JURY CHARGES:

### COUNT I - DRUG USER IN POSSESSION OF FIREARMS

On or about June 26, 2007, in the District of Guam, JUNE GONZAL QUINDO, JR., the defendant, then being an unlawful user of a controlled substance as defined in 21 U.S.C. Section 802, did knowingly receive firearms described as follows: Glock pistol, Model 17, caliber 9 mm, serial number ACL165US, and Raven Arms, Model MP-25, caliber 25, serial number obliterated, which had been transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(3), 924(a)(2) and 2.

-1-

## COUNT II - RECEIPT OF FIREARM WITH OBLITERATED SERIAL NUMBER

Between the period of June 26, 2006 and June 26, 2007, in the District of Guam, the defendant JUNE GONZAL QUINDO, JR., knowingly received, in interstate or foreign commerce, a firearm, a Raven Arms, model MP-25, caliber 25, from which the importer or manufacturer's serial number had been obliterated, in violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

DATED this ___ day of August, 2007.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

Reviewed:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney

**Criminal Case Cover Sheet**                                        **U.S. District Court**

**Place of Offense:**
City _____Hagåtña_____

**Related Case Information:**

Country/Parish _____      Superseding Indictment _____ Docket Number **07-00073**
                                     Same Defendant _____      New Defendant __x__
                                     Search Warrant Case Number _____
                                     R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__    Matter to be sealed: ____ Yes __x__ No

Defendant Name      __JUNE GONZAL QUINDO, JR.__

Alias Name          _____

Address             _____

                    _____Dededo, Guam_____

Birthdate _Xx/xx/1985_  SS# _xxx-xx-9734_  Sex _M_  Race _A_  Nationality _Filipino_

**U.S. Attorney Information:**

AUSA ___Rosetta L. San Nicolas___

**Interpreter:** __X__ No ___Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**RECEIVED AUG -8 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S.C. Citations**

Total # of Counts: __2__    ____ Petty  ____ Misdemeanor __X__ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 18 USC 922(g)(3), 924(a)(2) & 2 | Drug User in Possession of Firearms | 1 |
| Set 2 18 USC 922(k) & 924(a)(1)(B) | Receipt of Firearm with Obliterated Serial Number | 2 |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: __8/7/07__    Signature of AUSA: _____