

| 1 | LEONARDO M. RAPADAS |
|   | United States Attorney |
| 2 | ROSETTA L. SAN NICOLAS |
|   | Assistant U.S. Attorney |
| 3 | Suite 500, Sirena Plaza |
|   | 108 Hernan Cortez Avenue |
| 4 | Hagåtña, Guam 96910 |
|   | TEL: (671) 472-7332 |

FILED
DISTRICT COURT OF GUAM

AUG - 8 2007

JEANNE G. QUINATA
Clerk of Court

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 07-00073 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **MOTION FOR WRIT OF HABEAS** |
| JUNE GONZAL QUINDO, JR., | ) **CORPUS AD PROSEQUENDUM** |
| Defendant. | ) |

The United States of America, by and through undersigned counsel, hereby moves this Honorable Court for an order for a Writ of Habeas Corpus Ad Prosequendum. The defendant, JUNE GONZAL QUINDO, JR., is now in the custody of the Territorial Detention Center and that said prisoner is required to appear before this Court on August 10, 2007, at 2:45 p.m. for his initial appearance in the United States District Court of Guam and whenever necessary hereafter to attend court appearances in the above-entitled case and upon completion of said prosecution and/or court appearances and/or upon further order of the court, return said prisoner to his place of confinement.

Dated this 8th day of August 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney