# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-07-00073-001　　　　　　　　　　　　DATE: August 10, 2007

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Reporter: Wanda Miles |
| Courtroom Deputy: Leilani Toves Hernandez | Electronically Recorded: 2:46:25 - 3:02:10 |
| CSO: B. Benavente | |

---

**APPEARANCES:**

| | |
|---|---|
| Defendant: June Gonzal Quindo, Jr. | Attorney: Richard Arens |
| ___ Present ___ Custody ___ Bond ___ P.R. | ___ Present ___ Retained ___ FPD ___ CJA |
| U.S. Attorney: Rosetta San Nicolas | U.S. Agent: Hoang Nguyen, A.T.F. |
| U.S. Probation: Stephen Guilliot | U.S. Marshal: T. Muna / G. Perez |
| Interpreter: | Language: |

---

**PROCEEDINGS: Initial Appearance on an Indictment and Arraignment**

- Financial Affidavit reviewed and accepted: Federal Public Defender appointed to represent the defendant.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty
- Trial set for: October 10, 2007 at 9:30 a.m.
- Defense's oral motion for release was denied.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: