JQuindo.IND

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

**FILED**
DISTRICT COURT OF GUAM
AUG 15 2007
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUNE GONZAL QUINDO, JR.,<br><br>Defendant. | CRIMINAL CASE NO. 07-00073<br><br>**SUPERCEDING INDICTMENT**<br><br>**DRUG USER IN POSSESSION OF FIREARMS**<br>[18 U.S.C. §§ 922(g)(3), 924(a)(2) and 2] (COUNT I)<br>**RECEIPT OF FIREARM WITH OBLITERATED SERIAL NUMBER**<br>[18 U.S.C. §§ 922(k) and 924(a)(1)(B)] (COUNT II)<br>**POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE**<br>[21 U.S.C. §§ 841(a)(1) and 841(b)(B)(vii)] (COUNT III)<br>**USE OF A FIREARM IN A CRIME OF VIOLENCE**<br>[18 U.S.C. §§ 924(c)(1)(A) and 2] (COUNT IV)<br>**FORFEITURE ALLEGATION**<br>[21 U.S.C. §§ 841 and 853]<br>COUNT V |

THE GRAND JURY CHARGES:

## COUNT I - DRUG USER IN POSSESSION OF FIREARMS

On or about June 26, 2007, in the District of Guam, JUNE GONZAL QUINDO, JR., the

-1-

defendant, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly receive firearms described as follows: Glock pistol, model 17, caliber 9 mm, serial number ACL165US, and Raven Arms, model MP-25, caliber 25, serial number obliterated, which had been transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(3), 924(a)(2) and 2.

## COUNT II - RECEIPT OF FIREARM WITH OBLITERATED SERIAL NUMBER

Between the period of June 26, 2006 and June 26, 2007, in the District of Guam, the defendant JUNE GONZAL QUINDO, JR., knowingly received, in interstate or foreign commerce, a firearm, a Raven Arms, model MP-25, caliber 25, from which the importer or manufacturer's serial number had been obliterated, in violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

## COUNT III - POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE

On or about June 26, 2007, in the District of Guam, the defendant JUNE GONZAL QUINDO, JR., knowingly and intentionally possessed with intent to distribute, one hundred (100) or more marijuana plants, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(B)(vii).

## COUNT IV - USE OF A FIREARM IN A CRIME OF VIOLENCE

Between the period of June 26, 2006 and June 26, 2007, in the District of Guam, JUNE GONZAL QUINDO, JR., the defendant, unlawfully, knowingly, and wilfully, during and in relation to a crime of violence or drug trafficking crime for which the defendant may be prosecuted in a court of the United States, namely the manufacturing, dispensing, or possessing with intent to manufacture, distribute or dispense a controlled substance, charged in Count III of the is Indictment, used and carried a firearm, a Glock pistol, model 17, caliber 9 mm, serial number ACL165US, and in furtherance of such crimes, possessed such firearm, in violation of

-2-

Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## COUNT V - FORFEITURE ALLEGATION

1. The allegations of Counts I through IV are hereby realleged and incorporated by reference for the purpose of alleging criminal forfeiture pursuant to Title 21, United States Code Sections 841 and 853.

From his engagement in the violations alleged in Counts I through IV of this Indictment, punishable by imprisonment for more than one year, the defendant herein, JUNE GONZAL QUINDO, JR., shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), all proceeds defendant obtained, either directly or indirectly, as a result of said violations, to wit:

**CASH PROCEEDS**

Approximately $1,220.00 in U.S. currency, in that such sum, in aggregate was received in exchange for the distribution of controlled substances or is traceable thereto.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant JUNE GONZAL QUINDO, JR. :

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred, sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without

\\
\\
\\
\\
\\
\\
\\

difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

ALL IN VIOLATION OF Title 21, United States Code, Sections 841 and 853.

DATED this __15__ day of August, 2007.

A TRUE BILL.

Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA SAN NICOLAS
Assistant U.S. Attorney

Approved:

_____
JEFFREY J. STRAND
First Assistant U.S. Attorney

-4-

Case 1:07-cr-00073    Document 9    Filed 08/15/2007    Page 4 of 4