# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM

FILED
DISTRICT COURT OF GUAM
AUG 15 2007
JEANNE G. QUINATA
Clerk of Court

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | |
| JUNE GONZAL QUINDO, JR. | Case Number: CR-07-00073 |
| (Name and Address of Defendant) | |

RECEIVED
US MARSHALS SERVICE-GUAM

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

FILED
DISTRICT COURT OF GUAM
AUG 15 2007
JEANNE G. QUINATA
Clerk of Court

| Place<br>District Court of Guam<br>3rd Floor, U.S. Courthouse, 520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Before: MAGISTRATE JUDGE JOAQUIN V.E. MANIBUSAN, JR. | Room |
|---|---|
| | Date and Time<br>Friday August 10, 2007 at 2:45 p.m. |

To answer a(n)
X Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice

**Charging you with a violation of** _____ **United States Code, Section(s)** _____

**Brief description of offense:**

Count I - DRUG USER IN POSSESSION, 18 U.S.C. §§922(g)(3); 924(a)(2) & 2
Count II - RECEIPT OF FIREARM WITH OBLITERATED SERIAL NUMBER, 18 U.S.C. §§922(k) & 924(a)(1)(b)

**WALTER M. TENORIO, Deputy Clerk**
Name and Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

**August 8, 2007**
Date

ORIGINAL

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me | Date 8/10/07

### Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: U.S. Court - District

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  8/10/07
Date

J. Salci
Name of United States Marshal

Clu B
(by) Deputy United States Marshal

Remarks:

---

¹ As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.