# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

UNITED STATES OF AMERICA
V.

JUNE GONZAL QUINDO, JR.

(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

Case Number: CR-07-00073

RECEIVED
AUG 1 2007
US MARSHALS SERVICE-GUAM

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>3rd Floor, U.S. Courthouse<br>520 West Soledad Avenue | 302 |
| | Date and Time |
| Before: Honorable Joaquin V. E Manibusan, Jr. | Monday, August 20, 2007 at 9:00 a.m. |

To answer a(n)
X Superseding Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

COUNT 1 - Drug User in Possession of Firearms, 18 U.S.C. §§ 922(g)(3), 924(a)(2) and 2
COUNT 2 - Receipt of Firearm With Obliterated Serial Number, 18 U.S.C. §§ 922(k) and 924(a)(1)(B)
COUNT 3 - Possession of a Controlled Substance With Intent to Distribute, 21 U.S.C. §§ 841(a)(1) and 841(b)(B)(vii)
COUNT 4 - Use of a Firearm in a Crime of Violence, 18 U.S.C. §§ 924(c)(1)(A) and 2
COUNT 5 - Forfeiture Allegation, 21 U.S.C. §§ 841 and 853

**FILED**
DISTRICT COURT OF GUAM
AUG 20 2007
JEANNE G. QUINATA
Clerk of Court

MARILYN B. ALCON, Deputy Clerk
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

August 15, 2007
Date

# ORIGINAL

# RETURN OF SERVICE

Date 8/16/2007

Service was made by me on:[1]

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: DOC

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 8/20/2007
Date

J. /s/
Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.