# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## INITIAL APPEARANCE

CASE NO.: CR-07-00073-001          DATE: August 20, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: None Present | Court Reporter: Wanda Miles |
| Courtroom Deputy: Leilani Toves Hernandez | Electronically Recorded: 1:37:14 - 1:41:40 |
| CSO: J. Lizama | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: June Gonzal Quindo, Jr. | Attorney: Richard Arens |
|     Present     Custody     Bond     P.R. |     Present     Retained     FPD     CJA |
| U.S. Attorney: Rosetta San Nicolas | U.S. Agent: |
| U.S. Probation: Stephen Guilliot | U.S. Marshal: V. Roman / T. Muna |
| Interpreter: | Language: |

**PROCEEDINGS: Initial Appearance on a Superseding Indictment and Arraignment**

- Defendant sworn and examined.
- Defendant waives reading of Superseding Indictment.
- Plea entered: Not guilty to all four Counts.
- Trial set for: October 17, 2007 at 9:30 a.m.
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: