JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JUNE GONZAL QUINDO, JR.




**FILED**
DISTRICT COURT OF GUAM
SEP 2 5 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR-07-00073 |
|---|---|
| Plaintiff, | ) NOTICE OF INTENT TO CHANGE PLEA; CERTIFICATE OF SERVICE |
| vs. | ) |
| JUNE GONZAL QUINDO, JR., | ) |
| Defendant. | ) |

### NOTICE OF INTENT TO CHANGE PLEA

Defendant, JUNE GONZAL QUINDO, JR., by and through undersigned counsel, Richard P. Arens, Assistant Federal Public Defender, Defendant, hereby submits Notice of Intent to Change Plea from not guilty to guilty. Defendant further requests that a Change of Plea

//

//

**ORIGINAL**

hearing be scheduled for a time and date convenient to the Court.

DATED: Mongmong, Guam, September 25, 2007.

/s/ Richard P. Arens
RICHARD P. ARENS
Attorney for Defendant
JUNE GONZAL QUINDO, JR.

## CERTIFICATE OF SERVICE

I, RENATE A. DOEHL, hereby certify that a true and exact copy of the foregoing document was filed with U.S. District Court and electronically served by the U.S. District Court Clerk's Office to the following on September 25, 2007:

> ROSETTA SAN NICOLAS
> Assistant United States Attorney
> Sirena Plaza
> 108 Hernan Cortez, Ste. 500
> Hagatna, Guam 96910
>
> Attorney for Plaintiff
> UNITED STATES OF AMERICA

DATED: Mongmong, Guam, September 25, 2007.

RENATE A. DOEHL
Legal Secretary to

RICHARD P. ARENS
Attorney for Defendant
JUNE GONZAL QUINDO, JR.