JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:    (671) 472-7111
Facsimile:    (671) 472-7120

Attorney for Defendant
JUNE GONZAL QUINDO, JR.

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00073 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JUNE GONZAL QUINDO, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

At the request of the Defendant,

IT IS HEREBY ORDERED that a Change of Plea hearing be scheduled for Thursday, October 4, 2007 at 10:00 a.m.



**/s/ Joaquin V.E. Manibusan, Jr.
   U.S. Magistrate Judge
Dated: Oct 01, 2007**