**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**CHANGE OF PLEA**

CASE NO.: CR-07-00073                                    DATE: October 04, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori                    Court Recorder: Virginia T. Kilgore
Courtroom Deputy: Virginia T. Kilgore      Electronically Recorded: 10:13:37 - 10:37:25
                                                                         (Sealed 10:37:26 - 10:50:27)
CSO: F. Tenorio

**APPEARANCES:**
Defendant: June Gonzal Quindo, Jr.          Attorney: Richard Arens
☒ Present ☒ Custody ☐ Bond ☐ P.R.           ☒ Present ☐ Retained ☒ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas           U.S. Agent: Hoang Nguyen, ATF
U.S. Probation: Stephen Guilliot             U.S. Marshal: D. Punzalan / V. Roman
Interpreter:                                 Language:

**PROCEEDINGS: Change of Plea**
- Pen and ink changes made to the plea agreement.
- Defendant consented to enter their plea before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Plea entered: Guilty Counts 1 and 3
- Report and Recommendation executed by the Court.
- Defense counsel objected to a condition of release recommended by probation. Government concurred with probation's recommendation.
- Defendant to remain in custody.

NOTES: Counsel moved to withdraw his plea and informed the court that he will file his motion. Court informed counsel that trial is set for October 17, 2007 at 9:30 A.M. and trial documents are due October 10, 2007.