IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>JUNE GONZAL QUINDO, JR.,<br><br>            Defendant. | CRIMINAL CASE NO. 07-00073<br><br>**REPORT AND RECOMMENDATION CONCERNING PLEAS OF GUILTY IN A FELONY CASE** |

      The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P., and has entered pleas of guilty to Counts I and III of a Superseding Indictment charging him with Drug User in Possession of Firearms, in violation of 18 U.S.C. §§ 922(g)(3), 924(a)(2) and 2, and Possession of a Controlled Substance With Intent to Distribute, in violation of 21 U.S.C. §§ 841(a)(1) and 842(b)(1)(B)(viii). Additionally, the defendant has consented to forfeit the item described in Count V, the Forfeiture Allegation, of the Superseding Indictment, to wit: approximately $1,220.00 in U.S. currency. After examining the defendant under oath, I have determined that the defendant is fully competent and capable of entering informed pleas, that the guilty pleas were intelligently, knowingly and voluntarily made, and that the offenses

///

///

///

charged are supported by independent bases in fact establishing each of the essential elements of such offenses. I therefore recommend that the pleas of guilty be accepted, that the defendant be ordered to forfeit the $1,220.00 in U.S. currency described in Count V of the Superseding Indictment, and that the defendant be adjudged guilty and have sentence imposed accordingly.

IT IS SO RECOMMENDED.



/s/ **Joaquin V.E. Manibusan, Jr.**
    **U.S. Magistrate Judge**
**Dated: Oct 04, 2007**

**NOTICE**

**Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).**