JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JUNE GONZAL QUINDO JR.



**FILED**
DISTRICT COURT OF GUAM

OCT 11 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR 07-00073 |
|---|---|
| Plaintiff, | ) NOTICE OF INTENT TO RESCIND )  VERBAL REQUEST TO WITHDRAW |
| vs. | ) GUILTY PLEA |
| JUNE GONZAL QUINDO JR., | ) |
| Defendant. | ) |

Defendant, JUNE GONZAL QUINDO JR., by and through undersigned counsel, Richard P. Arens, Assistant Federal Public Defender, respectfully rescinds the verbal request to withdraw guilty plea entered on October 4, 2007. Mr. Quindo further requests that this matter remain on calendar as previously scheduled. The recision of verbal request to withdraw guilty plea

//

//

//

**ORIGINAL**

is justified on the basis that all issues of contention have been resolved between Mr. Quindo and the government.

DATED: Mongmong, Guam, October 11, 2007.

_____
RICHARD P. ARENS
Attorney for Defendant
JUNE GONZAL QUINDO JR.

_____
JUNE GONZAL QUINDO, JR.
Defendant

## CERTIFICATE OF SERVICE

I, ALEXANDER A. MODABER, hereby certify that a true and exact copy of the foregoing document was filed with U.S. District Court and electronically served by the U.S. District Court Clerk's Office to the following on October 11, 2007:

>ROSETTA SAN NICOLAS
>Assistant United States Attorney
>Sirena Plaza
>108 Hernan Cortez, Ste. 500
>Hagatna, Guam 96910
>
>Attorney for Plaintiff
>UNITED STATES OF AMERICA

DATED: Mongmong, Guam, October 11, 2007.

_____
ALEXANDER A. MODABER
Investigator

3