# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-07-00073-001　　　　　　　　　　　　DATE: October 17, 2007

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Kim R. Walmsley　　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 9:10:51 - 9:30:32
CSO: B. Benavente

---

**APPEARANCES:**

Defendant: June Gonzal Quindo, Jr.　　　　　Attorney: Richard Arens
　　Present　Custody　Bond　P.R.　　　　　　　Present　Retained　FPD　CJA

U.S. Attorney: Rosetta San Nicolas　　　　　U.S. Agent: H. Nguyen, A.T.F.
U.S. Probation: None Present　　　　　　　　U.S. Marshal: T. Muna / G. Perez
Interpreter:　　　　　　　　　　　　　　　　Language:

---

**PROCEEDINGS: Jury Trial**

- Court stated that the matter is set for trial today.
- Defense provided status of the previous change of plea hearing before the Magistrate Judge and the concern he raised at the hearing.
- Court examined the defendant and accepted his request to enter his guilty plea.
- Sentencing set for: January 15, 2008 at 8:30 a.m.
- Draft Presentence Report due to the parties: 12/17/2007
- Response to Presentence Report: 12/31/2007
- Final Presentence Report due to the Court: 1/8/2008
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: