

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500 Sirena Plaza
238 Archbishop Flores Street
Agana, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-000073 |
| Plaintiff, | ) | |
| vs. | ) | GOVERNMENT'S MOTION FOR DECREASE FOR ACCEPTANCE OF RESPONSIBILITY (3E1.1(b)) AND MOTION FOR A DOWNWARD DEPARTURE BASED ON SUBSTANTIAL ASSISTANCE (5K1.1) |
| JUNE GONZAL QUINDO, JR. | ) | |
| Defendant. | ) | |

**Government's Motion based on 3E1.1(b)**

The United States hereby moves this Honorable Court for a departure from the Guidelines total offense level of 24 to 21, as provided by USSG Section 3E1.1(b), on the basis that defendant has assisted authorities in the investigation or prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty. As such, the Government has avoided preparing for trial and the defendant has permitted both the Government and the Court to allocate their resources efficiently. The United States moves to decrease the offense level by to level to **21**.

**Government's Motion based on 5K1.1**

The United States hereby moves this Honorable Court for a downward departure from the

Guidelines to a total offense level of **19**, as provided by the USSG Section 5K1.1, on the basis that defendant has rendered substantial assistance to the government in its investigation of unlawful firearms trafficking on Guam.

The government is filing under seal a separate justification concerning the details of that cooperation. Defendant's present offense level of 21 calls for a range of 37-46 months incarceration. The government is recommending that the defendant's total offense level be reduced by two levels to **19**, which provides for a range of 30-37 months incarceration. The government is recommending that defendant receive 30 months incarceration.

RESPECTFULLY SUBMITTED this 8th day of January, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney