

**◻ORIGINAL**

1  LEONARDO M. RAPADAS
   United States Attorney
2  ROSETTA L. SAN NICOLAS
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
4  Hagåtña, Guam 96910
   Telephone: (671) 472-7332
5  Telecopier: (671) 472-7334

6  Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

JAN 0 8 2008

JEANNE G. QUINATA
Clerk of Court

7

8              IN THE UNITED STATES DISTRICT COURT

9                 FOR THE DISTRICT OF GUAM

10

11  UNITED STATES OF AMERICA,          )   CRIMINAL CASE NO. 07-00073
                                       )
12              Plaintiff,             )   **GOVERNMENT'S MOTION TO
                                       )   FILE JUSTIFICATION UNDER SEAL**
13         vs.                         )
                                       )
14  JUNE GONZAL QUINDO, JR.,           )
                                       )
15              Defendant.             )
    _____)

16

17         COMES NOW the United States of America, by and through undersigned counsel, and

18  moves this Honorable Court for an Order allowing it to file its justification under seal. The

19  government makes this motion because the justification explains in detail the reasons

20  that it is seeking a substantial assistance downward departure for defendant. It believes the

21  nature of the information has the potential of resulting in retaliation to the defendant.

22         RESPECTFULLY SUBMITTED this __8th__ day of January, 2007.

23                                  LEONARDO M. RAPADAS
                                    United States Attorney
24                                  Districts of Guam and NMI

25

26                          By: _____
                                ROSETTA L. SAN NICOLAS
27                              Assistant U.S. Attorney

28