☐ ORIGINAL **FILED**
DISTRICT COURT OF GUAM
JAN 0 8 2008
JEANNE G. QUINATA
Clerk of Court

LEONARDO M. RAPADAS
U.S. Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334/7215

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00073 |
| Plaintiff, | |
| vs. | **GOVERNMENT'S SENTENCING EXHIBITS** |
| JUNE GONZAL QUINDO, JR., | |
| Defendant. | |

The Government respectfully submits Exhibits 1 through 10 to be utilized at the Sentencing hearing for defendant June Gonzal Quindo, Jr.

RESPECTFULLY SUBMITTED this 7th day of January, 2008.

LEONARDO M. RAPADAS
U.S. Attorney
Districts of Guam and NMI

By: ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney


GOVERNMENT EXHIBIT



GOVERNMENT EXHIBIT 2