

GOVERNMENT EXHIBIT 3



GOVERNMENT EXHIBIT 4



GOVERNMENT EXHIBIT



GOVERNMENT EXHIBIT