

GOVERNMENT
EXHIBIT

7

CARDELS 800-783-0399



GOVERNMENT
EXHIBIT

CARDELS B0G-783-0399



GOVERNMENT
EXHIBIT

9

CARDELS 800-783-0399



GOVERNMENT
EXHIBIT

CORRELS 800-783-0399