# UNITED STATES DISTRICT COURT

DISTRICT OF     **GUAM**

**UNITED STATES OF AMERICA**

**NOTICE**

V.

**JUNE GONZAL QUINDO, JR.**      CASE NUMBER: **CR-07-00073**

TYPE OF CASE:
☐ **CIVIL**      **X CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

**X TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Hon. Frances M. Tydingco-Gatewood | January 15, 2008 at 8:30 A.M. | February 11, 2008 at 9:00 A.M. |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

January 11, 2008      Carmen B. Santos
DATE      /s/ (BY) DEPUTY CLERK

TO:      U.S. Attorney's Office
           Office of the Federal Public Defender
           U.S. Probation Office
           U.S. Marshals Service