LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00073 |
| | ) | |
| Plaintiff, | ) | **ORDER TO FILE JUSTIFICATION** |
| | ) | **UNDER SEAL** |
| vs. | ) | |
| | ) | |
| JUNE GONZAL QUINDO, JR., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the United States may file its justification under seal.

So Ordered.

**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Jan 08, 2008**