AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF            **GUAM**

**UNITED STATES OF AMERICA**

**NOTICE**

V.

**JUNE GONZAL QUINDO, JR.**          CASE NUMBER:    **CR-07-00073**

TYPE OF CASE:
       ☐ **CIVIL**        **X    CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

TYPE OF PROCEEDING

**SENTENCING**

**X TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Hon. Frances M. Tydingco-Gatewood | February 11, 2008 at 9:00 A.M. | March 5, 2008 at 1:00 P.M. |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

February 5, 2008            Virginia T. Kilgore
DATE            /s/ (BY) DEPUTY CLERK

TO:    U.S. Attorney's Office
        Office of the Federal Public Defender
        U.S. Probation Office
        U.S. Marshals Service