**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**SENTENCING**

CASE NO.: CR-07-00073-001    DATE: March 28, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley    Court Recorder: Virginia T. Kilgore
Courtroom Deputy: Carmen B. Santos    Electronically Recorded: 9:38:04 - 10:42:22

**APPEARANCES:**

Defendant: June Gonzal Quindo, Jr.    Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.    ☑ Present ☐ Retained ☑ FPD ☐ CJA

U.S. Attorney: Rosetta San Nicolas    U.S. Agent: J. Quintanilla, DEA
U.S. Probation: Carleen Borja
Interpreter:    Language:

**PROCEEDINGS: Sentencing**
- Witnesses sworn and examined.
- Motion for downward departure granted.
- Defendant ordered to participate in the 6 month Lighthouse Treatment Program.
- Progress hearing set for May 28, 2008 at 10:30 a.m.
- Continued Sentencing set for September 24, 2008 at 9:30 a.m.
- Defendant shall abide by conditions of release imposed.

NOTES: Agent John Quintanilla and Marichris Quindo sworn and examined.