**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**GENERAL**

CASE NO.: CR-07-00073-001                                    DATE: May 28, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley               Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos       Electronically Recorded: 9:23:00 - 9:30:04

**APPEARANCES:**
Defendant: June Gonzal Quindo, Jr.        Attorney: Richard Arens
☑ Present ☐ Custody ☐ Bond ☑ P.R.         ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas        U.S. Agent: Ken Bowman, DEA
U.S. Probation: Carleen Borja
Interpreter:                              Language:

**PROCEEDINGS: Status Hearing**
- Letter from The Salvation Army read and marked as Exhibit A.
- Defendant and counsel addressed the Court. Defendant informed court of daily activities at The Salvation Army. Defendant thanked court again for the opportunity given him. Court encouraged Defendant to continue the good work.
- Court reminded parties that Sentencing is scheduled for: September 24, 2008 at 9:30 AM

NOTES: Marchris Quindo also present.





**ORIGINAL**

DOING THE MOST GOOD

Founded in 1865

William Booth
*Founder*

Shaw Clifton
*General*

Philip Swyers
*Territorial Commander*

David E. Hudson
*Divisional Commander*

Thomas Taylor
*Corps Officer / Micronesian Islands Coordinator*

Christina Taylor
*Corps Officer*

May 28, 2008

Honorable Frances Tydingco-Gatewood
United States District Court of Guam
520 W. Soledad Avenue
Hagatna, Guam 96910

**Re: Progress Report**

Honorable Frances Tydingco-Gatewood,

Mr. June Quindo is a current resident of The Salvation Army Lighthouse Recovery Center (LRC) in East Hagatna. Mr. Quindo started his tenure on March 28, 2008 and is expected to complete on September 23, 2008. Mr. Quindo is currently participating in a six month drug free residential program. The program is divided into four treatment phases. Mr. Quindo completed the Orientation and Stabilization Phase on April 26, 2008 and Phase I on May 22, 2008. Mr. Quindo is currently in Phase II of treatment.

Mr. Quindo has been participating in Process groups and Psycho-Educational classes. He is currently mandated to attend four (4) hours per week but has consistently participated in the full nine (9) hours that we offer. Mr. Quindo also takes part in Work Therapy, Physical Therapy, 1:1 Counseling, and Urinalysis Testing. Urinalysis Testing screens for six (6) substances; THC, Morphine, Methamphetamine, Opiates, Benzodiazepines and Alcohol and is done on a random basis. Mr. Quindo has tested negative for all substances.

Mr. Quindo has been doing well and there are no behavioral issues to be concerned with at this time. Mr. Quindo has determined that completing his education is his priority. Mr. Quindo has been tasked with acquiring all of the necessary information so that he can begin taking classes at the Guam Community College to pursue this endeavor.

If you should have any questions and or concerns regarding this progress report do not hesitate to contact me at 477-7671.

Respectfully,

Paula M. Perez
Recovery Counselor

Copy:
Client File

**DEFENDANT'S EXHIBIT A**

440 E. Marine Corps Drive Hagatna, Guam 96910   Tel: (671) 477-7671   Fax: (671) 477-4649
Email: tsagulp@teleguam.net